IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:04-cr-00006-MP-AK

CEDRIC ERON FERGUSON, JR,

   Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 495, a motion to allow defendant to be remanded to state court pursuant to a state writ, and doc. 491, motion to continue sentencing. Mr. Ferguson is set for sentencing before the undersigned on July 1, 2005, but first intends to plead guilty in state court. A Florida state court has issued a writ of habeas corpus ad testificandum, and the government now moves for an order allowing Mr. Ferguson's remand to state authorities pursuant to the writ. The government also moves to continue this Friday's sentencing. Neither motion is opposed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Doc. 495, the motion to remand the defendant to state authorities pursuant to the state court writ of habeas corpus ad testificandum (attachment 1 to doc. 495), is GRANTED. Defendant shall be returned to the custody of the U.S. Marshal upon completion of his change of plea in state court.

Doc. 491, the motion to continue sentencing is GRANTED. Sentencing for Mr. Ferguson is hereby reset for The Friday, October 14, 2005 at 10:00 a.m.

**DONE AND ORDERED** this  _28th_  day of June, 2005

                             *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge