IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:04-cr-00006-MP-AK

CEDRIC ERON FERGUSON, JR,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 536, Motion to Continue Sentencing as to Cedric Eron Ferguson, Jr.  The motion is granted and the sentencing is hereby reset for November 9, 2005, at 2:00 p.m.

**DONE AND ORDERED** this  *27th*  day of September, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge