IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                  CASE NO. 1:04-cr-00006-MP-AK

CEDRIC ERON FERGUSON, JR,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 598, Unopposed Motion to Advance Sentencing Hearing, filed by the government. In the motion, the government seeks to move sentencing one week earlier, to Thursday, February 16, 2006, so that counsel can attend training. The defendant does not object, and the U.S. Marshal's office indicated that it would be able to transport defendant to Court on that date. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The sentencing set for Thursday, February 23, 2006, is reset for 4:30 p.m. on Thursday, February 16, 2006.

**DONE AND ORDERED** this  _14th_  day of February, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge